JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

VANIK NAZARIAN,

        Petitioner,

      v.

DAVID MARIN, Warden, Adelanto
   ICE Processing Center;
THOMAS GILES, Director of the Los
   Angeles ICE Field Office;
TODD LYONS, Acting Director of
   ICE;
KRISTIE NOEM, Secretary of the
   Department of Homeland Security;
   and
PAMELA BONDI, Attorney General of
   the United States,

        Respondents.

Case No. 5:26-cv-00846-JWH-SK

**JUDGMENT**

Pursuant to the Order Granting Unopposed Habeas Petition entered substantially contemporaneously herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.     The petition under 28 U.S.C. § 2241 is **GRANTED**.

2.     Petitioner Vanik Nazarian is to be released from the custody of Immigration and Customs Enforcement **FORTHWITH** under the terms of his original Order of Supervision.

**IT IS SO ORDERED.**

Dated:___March 4, 2026_____

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-